UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE MORRIS,<br><br>                           Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and THE TRUSTEES OF THE HEALTHCARE BENEFITS ALLIANCE TRUST,<br><br>                           Defendants. | Case No.: 18cv485 JM (WVG)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |

      Plaintiff Collette Morris and Defendant Hartford Life and Accident insurance Company ("Hartford") jointly move the court to extend the time for Hartford to respond to Plaintiff's complaint by thirty days. (Doc. No. 4.) This joint motion is the parties' first request for an extension. Good cause appearing, the court grants the motion. Defendant Hartford must file a responsive pleading to the complaint by *May 3, 2018*.

      IT IS SO ORDERED.

DATED: April 2, 2018

                                                  JEFFREY T. MILLER
                                                 United States District Judge