UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE MORRIS,<br><br>                         Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and THE TRUSTEES OF THE HEALTHCARE BENEFITS ALLIANCE TRUST,<br><br>                       Defendants. | Case No.: 18cv485 JM (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS THE TRUSTEES OF THE HEALTHCARE BENEFITS ALLIANCE TRUST** |

     Pursuant to the stipulation of the parties, (Doc. No. 8), it is hereby ORDERED that Defendant The Trustees of the Healthcare Benefits Alliance Trust shall be dismissed without prejudice.

     IT IS SO ORDERED.

DATED: May 7, 2018

                                          JEFFREY T. MILLER
                                          United States District Judge